UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
: 
LESLIE VIERA-RIVERA obo CRGV, :
:
                    Plaintiff, :    20 Civ. 4090 (LGS)
:
      -against- :    <u>ORDER</u>
:
COMMISSIONER OF SOCIAL SECURITY, :
:
                    Defendant. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS this action was filed on May 28, 2020 (Dkt. No. 1);

    WHEREAS, pursuant to the Standing Order In re: Motions for Judgment on the Pleading on Social Security Cases filed May 29, 2020, Defendant shall within 90 days of service file the certified transcript of administrative proceedings, which shall constitute Defendant's answer, or otherwise move against the Complaint (Dkt. No. 5);

    WHEREAS, on June 3, 2020, Plaintiff filed a notice of electronic summons issued as to Defendant (Dkt. No. 7);

    WHEREAS Defendant has not appeared, and Plaintiff has not filed proof of service on the docket. It is hereby

    **ORDERED** that Plaintiff shall file proof of service by **June 13, 2020.** Defendant shall appear as soon as practicable, but no later than **June 15, 2020**. It is further

    **ORDERED** that Plaintiff shall email if possible and mail a copy of this Order to Defendant and file proof of service by **June 13, 2020**.

Dated: July 9, 2020
       New York, New York

                                                                     LORNA G. SCHOFIELD
                                                                     UNITED STATES DISTRICT JUDGE