UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    LESLIE VIERA-RIVERA obo CRGV,

                                Plaintiff,          20 Civ. 4090 (LGS)

                -against-                    ORDER

    COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 10, 2020, the Court issued an order directing Defendant Commissioner of Social Security to appear by July 15, 2020 (Dkt. No. 8). The Court also directed Plaintiff to email if possible and mail a copy of the July 10, 2020, Order to Defendant and file proof of service by July 13, 2020 (Dkt. No. 8);

      WHEREAS, on July 13, 2020, Plaintiff did not file proof of service of the July 10, 2020, Order;

      WHEREAS, on July 15, 2020, Defendant did not appear. It is hereby

      **ORDERED** that Plaintiff shall file proof of service of this Order and the July 10, 2020, Order on Defendant by **July 21, 2020**, or a letter explaining the delay.

Dated: July 17, 2020
       New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE